**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-33715-CAD |
| | § | |
| JERZY FRONCKIEL | § | |
| ANNA FRONCKIEL | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/02/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/06/2012            By:  /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-33715-CAD |
| | § | |
| JERZY FRONCKIEL | § | |
| ANNA FRONCKIEL | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,249.29
*and approved disbursements of*     $2,272.38
*leaving a balance on hand of[1] :*     $2,976.91

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,976.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $751.47 | $0.00 | $751.47 |
| David P. Leibowitz, Trustee Expenses | $10.40 | $0.00 | $10.40 |

Total to be paid for chapter 7 administrative expenses:     $761.87
Remaining balance:     $2,215.04

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

                                          Remaining balance:      $2,215.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are: NONE

                              Total to be paid to priority claims:      $0.00
                                             Remaining balance:      $2,215.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,542.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $11,013.08 | $0.00 | $416.68 |
| 2 | American Infosource Lp As Agent for Citibank (South Dakota) N.A. | $7,148.86 | $0.00 | $270.49 |
| 3 | American Infosource Lp As Agent for Citibank (South Dakota) N.A. | $854.63 | $0.00 | $32.34 |
| 4 | Chase Bank USA,N.A | $1,959.65 | $0.00 | $74.15 |
| 5 | Fia Card Services, NA/Bank of America | $7,360.77 | $0.00 | $278.50 |
| 6 | Chase Bank USA, N.A. | $2,416.15 | $0.00 | $91.42 |
| 7 | Jefferson Capital Systems LLC Purchased From COMPUCREDIT CORPORATION | $3,821.96 | $0.00 | $144.61 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $5,213.40 | $0.00 | $197.26 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $14,142.58 | $0.00 | $535.10 |
| 10 | GE Money Bank/LOWES | $4,611.68 | $0.00 | $174.49 |

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to timely general unsecured claims: $2,215.04
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-33715-CAD
Jerzy Fronckiel                                                         Chapter 7
Anna Fronckiel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch              Page 1 of 3              Date Rcvd: Jan 09, 2012
                              Form ID: pdf006           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2012.
```
db/jdb     +Jerzy Fronckiel,    Anna Fronckiel,    2323 N. 77th Ct.,   Elmwood Park, IL 60707-3021
17542544    American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
             Oklahoma City, OK   73124-8840
15917856   +Aspire,   P.O. Box 105555,    Atlanta, GA 30348-5555
15917860    Chase,   P.O. Box 15298,   Wilmington, DE  19850-5298
16418605    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16303536   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15917862    Citi,   P.O. Box 6500,   Sioux Falls, SD  57117-6500
15917861    Citi,   Box 6000,   The Lakes, NV  89163-6000
15917863   +Citibank/The Home Depot,    P.O. Box 653000,   Dallas, TX 75265-3000
15917853   +Fronckiel Anna,    2323 N 77th Ct,   Elmwood Park, IL 60707-3021
15917852   +Fronckiel Jerzy,    2323 N 77th Ct,   Elmwood Park, IL 60707-3021
15917866   +HSBC/Menards,    P.O. Box 15521,   Wilmington, DE 19850-5521
16463867   +Jefferson Capital Systems LLC,    Purchased From COMPUCREDIT CORPORATION,   PO BOX 7999,
             SAINT CLOUD MN 56302-7999,    Orig By: ASPIRE CARD
15917854   +Law Offices of Mark Sciblo PC,    5945 N Elston Ave,   Chicago, IL 60646-5504
15917868   +National City Bank,    400 W. 4th St.,   Royal Oak, MI 48067-2557
15917869    Sears Card,   P.O. Box 6282,    Sioux Falls, SD  57117-6282
15917870   +Suzuki,   P.O. Box 4169,   Carol Sream, IL 60197-4169
15917871   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
             (address filed with court:  Wells Fargo Dealer Services,    P.O. Box 25341,
             Santa Ana, CA  92799-5341)
15917872   +Wells Fargo Home Mortgage,    P.O. Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15917855    E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 10 2012 04:35:41
             American Honda Finance Corporation,   P.O. Box 5308,   Elgin, IL  60121
16165270    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2012 04:58:58
             American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,    PO Box 248840,
             Oklahoma City, OK   73124-8840
15917864    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 10 2012 04:21:03      DISCOVER,   P.O. Box 30943,
             Salt Lake City, UT   84130
16145454    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 10 2012 04:21:03      Discover Bank,
             Dfs Services LLC,    PO Box 3025,   New Albany, OH  43054-3025
16355804    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2012 04:58:58
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK   73124-8809
15917865   +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2012 04:22:24      GE MONEY BANK,
             Attention: Bankruptcy Dept.,    P.O. Box 103104,   Roswell, GA 30076-9104
16523659    E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2012 04:22:24      GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15917867    E-mail/PDF: cr-bankruptcy@kohls.com Jan 10 2012 04:22:11      KOHL'S,   P.O. Box 3043,
             Milwaukee, WI  53201-3043
16519665   +E-mail/Text: resurgentbknotifications@resurgent.com Jan 10 2012 03:20:11
             PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15917857   ##Bank Of America,    P.O. Box 15184,   Wilmington, DE  19850-5184
15917858   ##Bank Of America,    P.O. Box 15026,   Wilmington, DE  19850-5026
15917859   ##Carson Pirie Scott,    C/O Retail Services,   P.O. Box 15521,   Wilmington, DE  19850-5521
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lhatch              Page 2 of 3              Date Rcvd: Jan 09, 2012
                              Form ID: pdf006           Total Noticed: 28

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2012**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: lhatch               Page 3 of 3              Date Rcvd: Jan 09, 2012
                               Form ID: pdf006           Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Mark  Sciblo    on behalf of Debtor Jerzy Fronckiel attorney_sciblo@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard S Ralston    on behalf of Plaintiff  Discover Bank, Issuer of the Discover Card,
          richardr@w-legal.com,   angelan@w-legal.com;adaml@w-legal.com
          TOTAL: 4