**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-33715-CAD |
| | § | |
| JERZY FRONCKIEL | § | |
| ANNA FRONCKIEL | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $257,000.00 | Assets Exempt: | $10,350.00 |
| Total Distributions to Claimants: | $2,215.04 | Claims Discharged Without Payment: | $92,802.72 |
| Total Expenses of Administration: | $790.84 | | |

3)        Total gross receipts of $5,249.29  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,243.41 (see **Exhibit 2),** yielded net receipts of $3,005.88 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $317,171.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $790.84 | $790.84 | $790.84 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $81,388.00 | $58,542.76 | $58,542.76 | $2,215.04 |
| **Total Disbursements** | $398,559.00 | $59,333.60 | $59,333.60 | $3,005.88 |

4). This case was originally filed under chapter 7 on 07/29/2010. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2012                    By:    /s/ David P. Leibowitz
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 IRS Taxes | 1224-000 | $5,249.00 |
| Interest Earned | 1270-000 | $0.29 |
| **TOTAL GROSS RECEIPTS** | | $5,249.29 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Jerzy Fronckiel & Anna Fronckiel | Exemptions | 8100-002 | $2,243.41 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,243.41 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance Corporation | 4110-000 | $1,517.00 | NA | $0.00 | $0.00 |
| | National City Bank | 4110-000 | $26,305.00 | NA | $0.00 | $0.00 |
| | Suzuki | 4110-000 | $5,384.00 | NA | $0.00 | $0.00 |
| | Wells Fargo Dealer Services | 4110-000 | $3,687.00 | NA | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $280,278.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $317,171.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $751.47 | $751.47 | $751.47 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $10.40 | $10.40 | $10.40 |
| Green Bank | 2600-000 | NA | $28.97 | $28.97 | $28.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $790.84 | $790.84 | $790.84 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $13,272.00 | $11,013.08 | $11,013.08 | $416.68 |
| 2 | American Infosource Lp As Agent for Citibank (South Dakota) N.A. | 7100-900 | $6,870.00 | $7,148.86 | $7,148.86 | $270.49 |
| 3 | American Infosource Lp As Agent for Citibank (South Dakota) N.A. | 7100-900 | $854.00 | $854.63 | $854.63 | $32.34 |
| 4 | Chase Bank USA,N.A | 7100-900 | $2,856.00 | $1,959.65 | $1,959.65 | $74.15 |
| 5 | Fia Card Services, NA/Bank of America | 7100-900 | $6,957.00 | $7,360.77 | $7,360.77 | $278.50 |
| 6 | Chase Bank USA, N.A. | 7100-900 | NA | $2,416.15 | $2,416.15 | $91.42 |
| 7 | Jefferson Capital Systems LLC Purchased From COMPUCREDIT CORPORATION | 7100-900 | NA | $3,821.96 | $3,821.96 | $144.61 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | NA | $5,213.40 | $5,213.40 | $197.26 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $14,104.00 | $14,142.58 | $14,142.58 | $535.10 |
| 10 | GE Money Bank/LOWES | 7100-900 | NA | $4,611.68 | $4,611.68 | $174.49 |
| | Bank Of America | 7100-000 | $10,511.00 | NA | NA | $0.00 |
| | Aspire | 7100-000 | $3,704.00 | NA | NA | $0.00 |
| | Carson Pirie Scott | 7100-000 | $326.00 | NA | NA | $0.00 |
| | GE MONEY | 7100-000 | $4,526.00 | NA | NA | $0.00 |

UST Form 101-7-TDR (5/1/2011)

| | | | | | |
|---|---|---|---|---|---|
| BANK | | | | | |
| HSBC/Menards | 7100-000 | $2,560.00 | NA | NA | $0.00 |
| KOHL'S | 7100-000 | $1,896.00 | NA | NA | $0.00 |
| National City Bank | 7100-000 | $7,884.00 | NA | NA | $0.00 |
| Sears Card | 7100-000 | $5,068.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $81,388.00 | $58,542.76 | $58,542.76 | $2,215.04 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 10-33715-CAD | |
| **Case Name:** | FRONCKIEL, JERZY  AND FRONCKIEL, ANNA | |
| **For the Period Ending:** | 5/10/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 07/29/2010 (f) |
| **§341(a) Meeting Date:** | 09/13/2010 |
| **Claims Bar Date:** | 12/16/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | residence at 2323 N. 77th Ct., Elmwood Park, IL 60707 | $250,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Business checking account | $1,800.00 | $0.00 | DA | $0.00 | FA |
| 3 | checking bill paying account at National City Bank | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 4 | household goods and furnishings | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | books, textbooks, CDs, DVDs | $100.00 | $0.00 | DA | $0.00 | FA |
| 6 | wearing apparel | $400.00 | $0.00 | DA | $0.00 | FA |
| 7 | wedding rings, costume jewelry | $150.00 | $0.00 | DA | $0.00 | FA |
| 8 | 100% in F J Construction, Inc. | $0.00 | $0.00 | DA | $0.00 | FA |
| 9 | 1997 BMW 5 | $2,400.00 | $2,400.00 | DA | $0.00 | FA |
| 10 | 2003 Chevrolet Van | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 11 | 2004 Honda | $5,000.00 | $2,600.00 | DA | $0.00 | FA |
| 12 | Suzuki off road vehicle | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 13 | 2010 IRS Taxes                    (u) | Unknown | $5,249.00 | DA | $5,249.00 | FA |
| INT | Interest Earned                    (u) | Unknown | Unknown | DA | $0.29 | FA |

| | | | | |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | **Gross Value of Remaining Assets** | |
| | $267,350.00 | $12,249.00 | $5,249.29 | $0.00 |

**Major Activities affecting case closing:**

Tax Intercept

Trustee's Final Report prepared.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/01/2012 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD
### Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-33715-CAD | |
| **Case Name:** | FRONCKIEL, JERZY AND FRONCKIEL, ANNA | |
| **Primary Taxpayer ID #:** | ******0904 | |
| **Co-Debtor Taxpayer ID #:** | ******0905 | |
| **For Period Beginning:** | 7/29/2010 | |
| **For Period Ending:** | 5/10/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1501 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $3,005.88 | | $3,005.88 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.94 | $3,004.94 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.22 | $3,000.72 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.84 | $2,995.88 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.99 | $2,990.89 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.51 | $2,986.38 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.66 | $2,981.72 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.81 | $2,976.91 |
| 02/03/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $10.40 | $2,966.51 |
| 02/03/2012 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $751.47 | $2,215.04 |
| 02/03/2012 | 5003 | Discover Bank | Claim #: 1; Amount Claimed: 11,013.08; Amount Allowed: 11,013.08; Distribution Dividend: 3.78; | 7100-900 | | $416.68 | $1,798.36 |
| 02/03/2012 | 5004 | American Infosource Lp As Agent for Citibank (South | Claim #: 2; Amount Claimed: 7,148.86; Amount Allowed: 7,148.86; Distribution Dividend: 3.78; | 7100-900 | | $270.49 | $1,527.87 |
| 02/03/2012 | 5005 | American Infosource Lp As Agent for Citibank (South | Claim #: 3; Amount Claimed: 854.63; Amount Allowed: 854.63; Distribution Dividend: 3.78; | 7100-900 | | $32.34 | $1,495.53 |
| 02/03/2012 | 5006 | Chase Bank USA,N.A | Claim #: 4; Amount Claimed: 1,959.65; Amount Allowed: 1,959.65; Distribution Dividend: 3.78; | 7100-900 | | $74.15 | $1,421.38 |
| 02/03/2012 | 5007 | Fia Card Services, NA/Bank of America | Claim #: 5; Amount Claimed: 7,360.77; Amount Allowed: 7,360.77; Distribution Dividend: 3.78; | 7100-900 | | $278.50 | $1,142.88 |
| 02/03/2012 | 5008 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 2,416.15; Amount Allowed: 2,416.15; Distribution Dividend: 3.78; | 7100-900 | | $91.42 | $1,051.46 |
| 02/03/2012 | 5009 | Jefferson Capital Systems LLC Purchased From | Claim #: 7; Amount Claimed: 3,821.96; Amount Allowed: 3,821.96; Distribution Dividend: 3.78; | 7100-900 | | $144.61 | $906.85 |
| 02/03/2012 | 5010 | PYOD LLC its successors and assigns as assignee of | Claim #: 8; Amount Claimed: 5,213.40; Amount Allowed: 5,213.40; Distribution Dividend: 3.78; | 7100-900 | | $197.26 | $709.59 |
| 02/03/2012 | 5011 | PYOD LLC its successors and assigns as assignee of | Claim #: 9; Amount Claimed: 14,142.58; Amount Allowed: 14,142.58; Distribution Dividend: 3.78; | 7100-900 | | $535.10 | $174.49 |
| 02/03/2012 | 5012 | GE Money Bank/LOWES | Claim #: 10; Amount Claimed: 4,611.68; Amount Allowed: 4,611.68; Distribution Dividend: 3.78; | 7100-900 | | $174.49 | $0.00 |
| | | | **SUBTOTALS** | | $3,005.88 | $3,005.88 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 10-33715-CAD | Trustee Name: | David Leibowitz |
| Case Name: | FRONCKIEL, JERZY AND FRONCKIEL, ANNA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******0904 | Checking Acct #: | ******1501 |
| Co-Debtor Taxpayer ID #: | ******0905 | Account Title: | DDA |
| For Period Beginning: | 7/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $3,005.88 | $3,005.88 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,005.88 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $3,005.88 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $3,005.88 | |

For the period of **7/29/2010** to **5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,005.88 |
| | |
| Total Compensable Disbursements: | $3,005.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,005.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **06/29/2011** to **5/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,005.88 |
| | |
| Total Compensable Disbursements: | $3,005.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,005.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-33715-CAD | | Trustee Name: | David Leibowitz |
| Case Name: | FRONCKIEL, JERZY  AND FRONCKIEL, ANNA | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0904 | | Money Market Acct #: | ******3715 |
| Co-Debtor Taxpayer ID #: | ******0905 | | Account Title: | |
| For Period Beginning: | 7/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2011 | (13) | United States Treasury | | 1224-000 | $5,249.00 | | $5,249.00 |
| 04/27/2011 | 1001 | Jerzy Fronckiel & Anna Fronckiel | Entitled portion of tax refund. | 8100-002 | | $2,243.41 | $3,005.59 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.04 | | $3,005.63 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.13 | | $3,005.76 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.12 | | $3,005.88 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $3,005.88 | $0.00 |
| | | | TOTALS: | | $5,249.29 | $5,249.29 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $3,005.88 | |
| | | | Subtotal | | $5,249.29 | $2,243.41 | |
| | | | Less: Payments to debtors | | $0.00 | $2,243.41 | |
| | | | Net | | $5,249.29 | $0.00 | |

**For the period of  7/29/2010 to 5/10/2012**

| Total Compensable Receipts: | $5,249.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,249.29 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,243.41 |
| Total Comp/Non Comp  Disbursements: | $2,243.41 |
| Total Internal/Transfer  Disbursements: | $3,005.88 |

**For the entire history of the account between 04/25/2011 to 5/10/2012**

| Total Compensable Receipts: | $5,249.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,249.29 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,243.41 |
| Total Comp/Non Comp  Disbursements: | $2,243.41 |
| Total Internal/Transfer  Disbursements: | $3,005.88 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No. | | 10-33715-CAD | | | Trustee Name: | | David Leibowitz |
| Case Name: | | FRONCKIEL, JERZY  AND FRONCKIEL, ANNA | | | Bank Name: | | Sterling Bank |
| Primary Taxpayer ID #: | | ******0904 | | | Money Market Acct #: | | ******3715 |
| Co-Debtor Taxpayer ID #: | | ******0905 | | | Account Title: | | |
| For Period Beginning: | | 7/29/2010 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | | 5/10/2012 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,249.29 | $5,249.29 | $0.00 |

| For the period of 7/29/2010 to 5/10/2012 | | For the entire history of the case between 07/29/2010 to 5/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,249.29 | Total Compensable Receipts: | $5,249.29 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,249.29 | Total Comp/Non Comp Receipts: | $5,249.29 |
| Total Internal/Transfer Receipts: | $3,005.88 | Total Internal/Transfer Receipts: | $3,005.88 |
| | | | |
| Total Compensable Disbursements: | $3,005.88 | Total Compensable Disbursements: | $3,005.88 |
| Total Non-Compensable Disbursements: | $2,243.41 | Total Non-Compensable Disbursements: | $2,243.41 |
| Total Comp/Non Comp  Disbursements: | $5,249.29 | Total Comp/Non Comp  Disbursements: | $5,249.29 |
| Total Internal/Transfer  Disbursements: | $3,005.88 | Total Internal/Transfer  Disbursements: | $3,005.88 |